UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DERRICK LEWIS,

    Plaintiff,

v.                          Case No:   2:18-cv-357-FtM-99CM

THE WILLOUGH AT NAPLES and
OGLETHORPE, INC.,

    Defendants.

### ORDER

On May 24, 2018, the Court issued an Order (Doc. #11) dismissing the Complaint (Doc. #1) for lack of subject-matter jurisdiction and as a shotgun pleading without prejudice to filing an Amended Complaint. The docket reflects that a copy of the Order was mailed to counsel for plaintiff on June 5, 2018. The deadline to file an amended pleading has expired, and no Amended Complaint has been filed. Therefore, the case will be closed. Defendants have filed a motion seeking a dismissal **with** prejudice due to the failure to file an amended pleading. The Court declines to dismiss with prejudice as the Complaint was dismissed without prejudice on a jurisdictional basis.

    Accordingly, it is hereby

    **ORDERED:**

    1. Defendants' Motion to Dismiss With Prejudice Pursuant to Rule 41(b) (Doc. #22) is **DENIED as moot.**

2. The Clerk shall terminate all deadlines and close the case.

**DONE AND ORDERED** at Fort Myers, Florida, this ___2nd___ day of August, 2018.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Counsel of record

2